THE LAW OFFICES OF
GARRET D. WEINRIEB, ESQ.
Garret Weinrieb (SBN 225364)
garret@speedlifestyle.com
9848 Tabor Street, Suite 207
Los Angeles, California 90034
Telephone: (310) 980-8856
Fax: (310) 472-7568

Attorneys for Plaintiff
David Dinh

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DINH, an individual,<br><br>          Plaintiff,<br><br>    vs.<br><br>MOTORCARS OF DISTINCTION, a Florida corporation, PIERO NAVARRO, an individual, CHRISTINE NAVARRO, an individual, and DOES 1 – 10, inclusive,<br><br>          Defendants. | CASE NO. CV08-07806 AJWx<br><br>[~~PROPOSED~~] JUDGMENT BY COURT AFTER GRANT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT |

1  In the above-entitled action, Defendants Piero Navarro, Christine Navarro and
2  Motorcars of Distinction, Inc. ("Defendants"), having been duly served with a
3  Summons and a copy of the Complaint filed by Plaintiff David Dinh ("Plaintiff"), have
4  failed to file an answer or other responsive pleading within the time prescribed by law,
5  and the Defaults of Defendants were duly entered by the Court, The Honorable Manuel
6  L. Real, on March 16, 2009, on Plaintiff's Application for Default Judgment.
7  Accordingly,
8  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff David Dinh
9  shall have and recover from Defendants, individually, jointly and severally, total
10 damages in the amount of $2,100,000.00, together with interest at the legal rate as of
11 the date of the entry of this Judgment.

21 **IT IS SO ORDERED.**

23 DATED: March 24, 2009   _____

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA